United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 16-13124-MJ
Scott Bearden                                                           Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-6         User: wdaviesC            Page 1 of 1              Date Rcvd: Apr 08, 2016
                             Form ID: mccdn            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2016.
db              +Scott Bearden,    4727 Sierra Vista Ave,    Riverside, CA 92505-8514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2016 at the address(es) listed below:
              Randolph   Ramirez    on behalf of Debtor Scott  Bearden Randolph.Ramirez@yourlegalneeds.net
              Rod (MJ)   Danielson (TR)     notice-efile@rodan13.com
              United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
                                                                                             TOTAL: 3

| | **United States Bankruptcy Court**<br>**Central District of California** |
|---|---|
| In re:<br>Scott Bearden | CHAPTER NO.: 13 |
| | CASE NO.: 6:16–bk–13124–MJ |

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**
You must cure the following within 14 days from filing of your petition:

☒ Declaration by Debtor(s) as to Whether Income was Received From an Employer within 60 Days of the Petition Date [11 U.S.C. § 521(a)(1)(B)(iv)] (LBR Form F1002–1)

☐ Other *(Specify):*


**The 2015 Revised Official Bankruptcy Forms are effective and mandatory December 1, 2015. Forms are available at www.cacb.uscourts.gov/forms**


For all items above that are not electronically filed, you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002–1(c) and 5005–2, and Court Manual, section 2.5(a)(2).

      Chapter 13     Original only

**Please return the original or copy of this form with all required items to the following location:**

    3420 Twelfth Street, Riverside, CA 92501–3819

If you have any questions, please contact the Court's Call Center at the toll free number (855) 460–9641.


Dated: <u>April 7, 2016</u>                                        For the Court<br>
                                                                                **Kathleen J. Campbell**<br>
                                                                                   Clerk of Court

(Form mccdn – Rev 12/2015)                                                                        **10 – 1 / WHA**