# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1613 Chelsea Road Suite 186, San Marino, CA 91108

A true and correct copy of the foregoing document entitled (*specify*): CH. 13 PLAN - Bankruptcy Case No. 6:16-bk-
13124 - Scott Bearden

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ___04/20/2016___, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.
  See Attached Service List

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method
for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/20/2016 | Randolph Ramirez | /s/ Randolph Ramirez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## Service List

Case 6:16-bk-13124-MJ
In re; Scott Bearden

Scott Bearden
4727 Sierra Vista Ave
Riverside, CA 92505

Randolph Ramirez RANDOLPH
ROGER RAMIREZ, P.C.
1613 Chelsea Road Suite 186 San
Marino, CA 91108

**Ace Cash Express**
1231 Greenway Drive
Suite 600
Irving, TX 75038

**Ally Bank**
PO Box 380901
Minneapolis, MN 55438

**Ally Financial**
PO Box 130424
Roseville MN 55113-0004

**Capital One**
P.O. Box 30281
Salt Lake City, UT 84130

**Care Credit/Synchrony**
PO Box 21089
Philadelphia, PA 19114

**Cashback**
2715 Redlands Blvd. Ste B
Redlands, CA 92373

**Cashnet**
175 West Jackson Suite 1000
Chicago, IL 60604

**Check N GO**
7755 Montgomery Road Suite 400
Cincinnati, OH 45236

**Direct TV**
3611 N. Ridge Road
Wichita, KS 67205

**My Payday Loan**
Collections at My paydayloan.com
Centro Colon
8 Avo Piso oficiano 8-4
San Jose, Costa Rica, CR

**Portfolio recovery Services**
120 Corporate Blvd.
Norfolk, VA 23502

**Quantum3 Group LLC as agent for**
ACE Cash Express INC
PO Box 788
Kirkland, WA 98083-0788

**Rise Credit**
PO BOX 101808
Fort Worth, TX 76118

**Shoreside Loans**
3807 Grand view Blvd
Los Angeles, CA 90066

**Speedy Cash**
3611 N Ridge Road
Wichita, KS 67205